Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 30, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed October 30, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00795-CV

____________

 

IN RE WILLIS FLOYD WILEY, Relator

 

 



 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
September 20, 2007, relator, Willis Floyd Wiley, filed a
petition for writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asks this court to compel the Honorable Michael T. McSpadden, presiding
judge of the 209th District Court of Harris County to rule on his pretrial application
for writ of habeas corpus.

Relator
has not established his entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus.

 

PER CURIAM








 

Petition Denied and Memorandum
Opinion filed October 30, 2007.

Panel consists of Chief Justice
Hedges and Justices Anderson and Seymore.